**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-01862-MEH

JERRY COURSON, a Missouri Citizen; and
CHRISTY COURSON, a Missouri Citizen,

        Plaintiffs.

v.

NARCONON FRESH START d/b/a A Life Worth Saving, Inc., ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL; and NARCONON INTERNATIONAL,

        Defendants.

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiffs Jerry and Christy Courson ("Plaintiffs"), through counsel, Ryan Hamilton of Hamilton Law, LLC, hereby voluntarily dismiss **without** prejudice their claims against all Defendants.

DATED this 16th of September, 2014.

Respectfully submitted,

By: *[signature]*

RYAN A. HAMILTON, ESQ.
NV BAR NO. 11587
HAMILTON LAW
5125 S. Durango Dr., Ste. C
Las Vegas, NV 89113
(702) 818-1818
(702) 974-1139
ryan@hamiltonlawlasvegas.com

1