IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 14-cv-01862-MEH

JERRY COURSON, and
CHRISTY COURSON,

    Plaintiffs,

v.

NARCONON FRESH START, d/b/a A Life Worth Saving, Inc.,
ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL, and
NARCONON INTERNATIONAL,

    Defendants.

---

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

---

**Michael E. Hegarty, United States Magistrate Judge**.

    Before the Court is Plaintiffs' Notice of Dismissal Without Prejudice filed pursuant to Fed. R. Civ. P. 41(a)(1)(i) [filed September 16, 2014; docket # 10]. The Court finds the Notice and terms of the dismissal proper. Thus, it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own fees and costs. The Clerk of the Court is directed to close this case.

    Dated and entered at Denver, Colorado this 16th day of September, 2014.

                                            BY THE COURT:

                                            */s/ Michael E. Hegarty*

                                            Michael E. Hegarty
                                            United States Magistrate Judge